UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SENATOR HOTEL DEVELOPMENT COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, DOES 1 to 15,<br><br>　　　　　Defendants. | Case No. 14-cv-00714 NC<br><br>**ORDER FINDING ORDER TO SHOW CAUSE SATISFIED**<br><br>Re: Dkt. No. 12 |

The Court previously ordered Travelers to show cause why its removal is proper as it appeared that the notice of removal did not sufficiently allege the citizenship of Senator for purposes of diversity jurisdiction. Dkt. No. 12. After considering Travelers' response, Dkt. No. 13, the Court hereby finds that the order to show cause is satisfied.

IT IS SO ORDERED.

Date: June 26, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge