UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SENATOR HOTEL DEVELOPMENT COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, DOES 1 to 15,<br><br>　　　　Defendants. | Case No. 14-cv-00714 NC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE FOR FAILURE TO MAKE INITIAL DISCLOSURES** |

　　The joint case management statement filed today indicates that plaintiff has yet to make initial disclosures required under Federal Rule of Civil Procedure 26. These disclosures are past due. The potential consequences for a failure to make initial disclosures include all the penalties set forth in Federal Rule of Civil Procedure 37(b) and (c).

　　By September 16, 2014, plaintiff must serve its initial disclosures and certify to this Court that it has done so. In the alternative, by that same date plaintiff may seek to explain why it cannot comply with the Court's order. The Court will further address the initial disclosures at the case management conference.

　　IT IS SO ORDERED.

　　Date: September 10, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 14-cv-00714 NC
ORDER TO SHOW CAUSE