UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CIVIL MINUTES

Date:      September 17, 2014

Case No:   3:14-cv-00714 NC

Case Name: **Senator Hotel Development Company v. Travelers Property Casualty Company of America, et al**

Counsel for Plaintiff:    No appearance

Counsel for Defendant:   G. Edward Rudloff, Jr.

Deputy Clerk:   Lili M. Harrell             FTR: 10:31am - 10:33am
                                             Time: 2 min

**PROCEEDINGS:**                                          **RULINGS:**

  Further case management conference                        Held

**ORDER:** Court to issue order to show cause.

Order to be prepared by:  [ ] Plaintiff  [ ] Defendant  [ ] Court

Case continued to:  **October 1, 2014 at 10:00 a.m. for order to show cause hearing**

Notes:

cc: