UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SENATOR HOTEL DEVELOPMENT COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, DOES 1 to 15,<br><br>          Defendants. | Case No. 14-cv-00714 NC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

This matter came before the Court for a case management conference on September 17, 2014, after two prior continuances due to plaintiff's failure to appear. *See* Dkt. Nos. 10, 15. Plaintiff again failed to appear at the September 17 case management conference. Plaintiff did not seek to continue any of the case management conference dates, or otherwise inform the Court of its inability to appear. IT IS ORDERED that plaintiff's counsel appear in person on October 1, 2014, at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, to show cause why this action should not be dismissed for failure to appear at the case management conferences and to prosecute this action. The case management conference is continued to October 1, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Date: September 17, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-00714 NC
ORDER TO SHOW CAUSE