UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SENATOR HOTEL DEVELOPMENT COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, DOES 1 to 15,<br><br>          Defendants. | Case No. 14-cv-00714 NC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND HEARING ON ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 24 |

The case management conference and order to show cause hearing currently set for October 15, 2014, at 10:00 a.m. is vacated and will be reset by the Court. By October 22, 2014, plaintiff must file a statement indicating whether plaintiff's counsel of record is currently available to prosecute this case. If plaintiff's counsel is not currently available due to the ongoing medical issues previously reported to the Court, the statement must indicate how plaintiff proposes to proceed with this case, including a proposed date for the case management conference, and whether defendant opposes plaintiff's proposal.

IT IS SO ORDERED.

Date: October 9, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-00714 NC
ORDER VACATING CMC
AND OSC HEARING