UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SENATOR HOTEL DEVELOPMENT COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, DOES 1 to 15,<br><br>            Defendants. | Case No. 14-cv-00714 NC<br><br>**ORDER TO FILE STATUS UPDATE RE: PLAINTIFF'S REPRESENTATION**<br><br>Re:  Dkt. No. 28 |

On October 22, 2014, plaintiff's counsel reported that he has been authorized to return to work as of November 8, 2014, and that any determination as to whether he is able to represent plaintiff effectively will be made by December 1, 2014. Dkt. No. 28. By December 1, 2014, plaintiff's counsel must file a report informing the Court as to the status of such determination. If plaintiff decides to substitute counsel, the status report must indicate when such substitution will be filed. The case management conference currently set for December 3, 2014, at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, remains on calendar.

IT IS SO ORDERED.

Date: November 24, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-00714 NC
ORDER TO FILE STATUS UPDATE RE:
PLAINTIFF'S REPRESENTATION