UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SENATOR HOTEL DEVELOPMENT COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, DOES 1 to 15,<br><br>        Defendants. | Case No. 14-cv-00714 NC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE FOR FAILURE TO PROSECUTE and CONTINUING CASE MANAGEMENT CONFERENCE** |

This matter came before the Court for a case management conference on December 3, 2014, after prior continuances due to plaintiff's failure to appear. *See* Dkt. Nos. 10, 15, 22. Plaintiff again failed to appear at the December 3 case management conference without seeking to continue the date, or otherwise inform the Court of its inability to appear. Only two days prior, plaintiff's counsel filed a declaration stating that he intends to continue to serve as counsel for plaintiff. Dkt. No. 32. This representation was in response to the Court's order to plaintiff's counsel to inform the Court whether he has determined that he is able to represent plaintiff effectively. Dkt. No. 31. The Court's order also reminded plaintiff's counsel that the December 3 case management conference remains on calendar. *Id.*

In light of the multiple failures to appear without prior notice and the resulting burden on defendant and the Court, IT IS ORDERED that both plaintiff's counsel and a

Case No. 14-cv-00714 NC
ORDER TO SHOW CAUSE

representative of Senator Hotel Development Company appear in person on December 10, 2014, at 3:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, to show cause why this action should not be dismissed for failure to appear at the case management conferences and to prosecute this action.

The case management conference is continued to December 10, 2014, at 3:00 p.m. Defendant's counsel may appear by telephone. Counsel must call the Court's courtroom deputy at 415.522.2039 in advance to provide the Court with a direct dial number for this appearance. Counsel must stand by beginning at the date and time above until called by the Court.

IT IS SO ORDERED.

Date: December 3, 2014

Nathanael M. Cousins
United States Magistrate Judge