UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SENATOR HOTEL DEVELOPMENT COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, DOES 1 to 15,<br><br>        Defendants. | Case No. 14-cv-00714 NC<br><br>**ORDER REGARDING *EX PARTE* COMMUNICATIONS** |

This Court has received *ex parte* communications from both parties. As a general matter, the local rules prohibit *ex parte* communications and provide that "an attorney or party to an action must refrain from making telephone calls or writing letters or sending copies of communications between counsel to the assigned Judge or the Judge's law clerks or otherwise communicating with a Judge or the Judge's staff regarding a pending matter, without prior notice to opposing counsel." Civ. L.R. 11-4(c). Any written request to the Court for an order must be presented by filing a proper motion or stipulation. *See* Civ. L.R. 7-1(a). The Court therefore strikes the improper communications.

IT IS SO ORDERED.

Date: January 22, 2015

                                                      Nathanael M. Cousins
                                                      United States Magistrate Judge