UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SENATOR HOTEL DEVELOPMENT COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, DOES 1 to 15,<br><br>　　　　Defendants. | Case No. 14-cv-00714 NC<br><br>**ORDER EXTENDING TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Dkt. No. 41 |

Michael F. Silberstein's application for extension of time to respond to the Court's January 23, 2015, order to show cause is GRANTED. Dkt. No. 41. The response to the order to show cause, Dkt. No. 40, is extended to March 6, 2015, subject to further extension by Court order.

IT IS SO ORDERED.

Date: January 30, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-00714 NC
ORDER EXTENDING TIME
TO RESPOND