# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENATOR HOTEL DEVELOPMENT COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, DOES 1 to 15,<br><br>    Defendants. | Case No. 14-cv-00714 NC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE TO MICHAEL F. SILBERSTEIN RE: SANCTIONS**<br><br>Dkt. No. 40 |

The Court previously ordered plaintiff's counsel, Michael F. Silberstein, to show cause why he should not be sanctioned for practicing in this Court after having been declared ineligible to practice law by the State Bar of California. Dkt. No. 40. Silberstein filed a timely response to the order to show cause. Dkt. No. 43. In light of Silberstein's serious personal health issues, his efforts toward retirement, the fact that plaintiff has new counsel, and that any prejudice on the defendant has been mitigated by the Court's order extending certain deadlines, Dkt. No. 45, the Court DISCHARGES the order to show cause. In addition, the Court GRANTS Silberstein's request to withdraw as counsel for plaintiff in this case, see Dkt. Nos. 39, 40.

IT IS SO ORDERED.

Date: March 12, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge